UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CLEAR LAKE LAND CO., et al,

                Plaintiffs,

-vs-

COUNTY OF ST. LAWRENCE, et al,

                Defendants.

**STIPULATION OF DISMISSAL**
Case No. 8:23-cv-01606 (FJS-CFH)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiffs, CLEAR LAKE LAND CO., et al, and Defendants, COUNTY OF ST. LAWRENCE and RENEE COLE, in her Official Capacity as Treasurer for St. Lawrence County, to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the litigation, the above-entitled action be, and the same hereby is DISMISSED against the Defendant, RENEE COLE, in her Official Capacity as Treasurer for St. Lawrence County only, with prejudice and without costs to any party, as such action against this individual Defendant and the municipal defendant is duplicative. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 19, 2024

**DAVID M. GIGLIO & ASSOCIATES, LLC**

_/s/ David Giglio_
David M. Giglio, Esq.
*Attorneys for Plaintiffs*
13 Hopper Street
Utica, New York 13501
(315) 982-4554

Dated: July 12, 2024

**HARRIS BEACH PLLC**

_/s/ H. Todd Bullard_
H. Todd Bullard, Esq.
*Attorneys for Defendants*
St. Lawrence County and Renee Cole
99 Garnsey Road
Pittsford, New York 14534
(585) 419-8696

430537\4877-9043-7072\v1

IT IS SO ORDERED.

Date: July 22, 2024

_/s/ Frederick J. Scullin_
Frederick J. Scullin, Jr.
Senior United States District Judge